AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   2:22-mj-791-EJY |
| | ) | |
| DEVIN CLARENCE LANGER | ) | Charging District:   Eastern District of Virginia |
| *Defendant* | ) | Charging District's Case No.   1:22-mj-277 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

Place: Virginia Eastern District Court
Albert V. Bryan United States Courthouse
401 Courthouse Square, 2nd Floor
Alexandria, VA 22314-5704

Courtroom No.: TBD

Date and Time: TBD

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: October 11, 2022

*Judge's signature*

ELAYNA J. YOUCHAH, United States Magistrate Judge
*Printed name and title*

```
____FILED      ____RECEIVED
____ENTERED    ____SERVED ON
         COUNSEL/PARTIES OF RECORD

         OCT 1 1 2022

       CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY:_____DEPUTY
```